UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MINERVA NIEVES,

   Plaintiff,

v.                                      CASE NO.:  6:17-cv-00128-CEM-GJK

HYUNDAI CAPITAL AMERICA, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Minerva Nieves, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Minerva Nieves, and Defendant, Hyundai Capital America, Inc., have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

                                                         /s/ Jared M. Lee
                                                         Jared M. Lee, Esquire
                                                         Florida Bar No.:  0052284
                                                         Morgan & Morgan, Tampa, P.A.
                                                         20 N. Orange Avenue, Suite 1600
                                                          Orlando, FL 32801
                                                         Tele:  (407) 420-1414
                                                         Fax:  (407) 245-3485
                                                         JLee@ ForThePeople.com
                                                         MHoilett@ForThePeople.com
                                                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on November 27, 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Orlando Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

> John P. Boyle (MN No. 186946)
> Terese A. West (MN No. 031416x)
> 150 South Fifth Street, Suite 1200
> Minneapolis, Minnesota 55402
> Telephone: 612-877-5000
> Email: john.boyle@lawmoss.com;
> west@lawmoss.com

>> */s/ Jared M. Lee*
>> Jared M. Lee, Esquire