UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MINERVA NIEVES,

    Plaintiff,

v.                                              CASE NO.:  6:17-cv-00128-CEM-GJK

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Minerva Nieves, and Defendant, Hyundai Capital America, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of January 2018.

| | |
|---|---|
| /s/ Jared M. Lee | /s/ Terese A. West |
| Jared M. Lee, Esquire | John P. Boyle (MN No. 186946) |
| Florida Bar No.: 0052284 | Terese A. West (MN No. 031416x) |
| Morgan & Morgan, Tampa, P.A. | 150 South Fifth Street, Suite 1200 |
| 20 N. Orange Ave., Ste. 1600 | Minneapolis, Minnesota 55402 |
| Orlando, FL 32801 | Telephone: 612-877-5000 |
| Tele: (407) 420-1414 | Email: john.boyle@lawmoss.com; |
| Fax: (407) 245-3485 | west@lawmoss.com |
| Email: JLee@ ForThePeople.com | *Counsel for Defendant* |
| MHoilett@ForThePeople.com | |
| *Counsel for Plaintiff* | |